

**ORDERED in the Southern District of Florida on April 10, 2013.**

*(signature)*
Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:

THOMAS E. CONLAN                           Case No. 13-15226-RBR

                                           Chapter 7

      Debtor.
_____/

## ORDER APPROVING EMPLOYMENT OF TRUSTEE'S ATTORNEY

THIS CAUSE came on before the court upon the Trustee's *Ex Parte* Application for authority to retain the law firm of Marshall Grant, P.L., and upon the affidavit of Adam D. Marshall. Upon the representations that Adam D. Marshall is duly qualified under Local Rule 2090-1(A) to practice in this court, that neither Adam D. Marshall nor Marshall Grant, P.L. holds any interest adverse to the estate in the matters upon which they are engaged, that Adam D. Marshall and Marshall Grant, P.L. are disinterested persons as required by 11 U.S.C. §327(a) and have disclosed any connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interest of the estate, it is

**ORDERED** that the Trustee is retroactively authorized to retain Adam Marshall of the law firm of Marshall Grant, P.L., on an hourly-rate basis, subject to Bankruptcy Court approval pursuant to 11 U.S.C. §§ 327 and 330, effective March 29, 2013.

###

**Submitted by: Adam D. Marshall**

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Debtor
Trustee
Attorney for Debtor
U.S. Trustee
All appearances