UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

THOMAS E. CONLAN                                    Case No. 13-15226-RBR

                                                    Chapter 7

     Debtor.
_____/

### TRUSTEE'S MOTION FOR AUTHORITY TO CONDUCT PUBLIC AUCTION OF RING AND WATCH

### NOTICE

**Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of a hearing or order if no objection to the use, sale or lease is filed and served within 21 days from the date of service of this notice.**

Kenneth Welt, as Chapter 7 Trustee of the Bankruptcy Estate of Thomas E. Conlan (the "Trustee"), through counsel and pursuant to 11 U.S.C. § 363 and Local Rule 6004-1, files this Motion for Authority to Conduct Public Auction of Watch and Ring (the "Motion"), and states as follows:

### I. BACKGROUND

1. This case commenced with the filing of a voluntary Chapter 7 bankruptcy petition by Thomas E. Conlan (the "Debtor") on March 7, 2013 (the "Petition Date"). Subsequently, Kenneth Welt was appointed as Chapter 7 Trustee.

2. The Debtor's Schedule "B" lists a Rolex watch and a wedding ring (the "Watch and Ring") with a scheduled value of $6,100.00. According to a review of comparable watches

listed for sale on Ebay auctions, an average retail value of the Watch and Ring is approximately $9,000 and $2,000, respectively (the "Retail Value").

3. The Trustee is in possession of the Watch and Ring.

**II. MOTION FOR AUTHORITY TO CONDUCT PUBLIC AUCTION OF ROLEX**

5. The Trustee proposes to sell the Estate's right, title and interest in the Watch and Ring through an Ebay Auction (the "Auction") to be conducted by DMS, Inc. The Internet, including Ebay, has developed as an excellent resource to liquidate assets of bankruptcy estates. In listing jewelry for sale on Ebay, the Estate incurs minimal costs and achieves national exposure to potential purchasers.

6. The Auction will begin within ten (10) days following the entry of the Order granting this Motion and will comply with the rules established by Ebay.

7. During the time between the filing of this Motion and the date of the Auction, the Auctioneer will prepare the Watch and Ring for the Ebay Auction by cleaning and inspecting the Watch and Ring.

8. The Auctioneer has advised the Trustee that a reserve price of $8,880 and $1,740 (the "Reserve Price") will be set for the auction of the Watch and Ring. The Trustee reserves the right to adjust the Reserve Price based on the actual bidding of the Watch and Ring.

9. The Auction will (a) open with a starting bid of $299.00 and increase in minimum incremental bids of $50.00 until the Reserve Price is met.

10. The Auction will not have an initial overbid amount.

11. The Auction will close seven (7) days after the Auction is commenced.

12. The sale shall be "As-Is, Where-Is" with no representations or warranties of any kind.

13. If the Auctioneer does not receive a bid equal to or in excess of the Reserve Price, the Auctioneer will inform the Trustee of the fact that the Reserve Price has not been met. Based on the bidding amounts, the Trustee will then decide whether to relist the Watch and Ring for a second auction or otherwise dispose of the Watch and Ring.

14. The Trustee believes that the proposed auction is in the best interest of the Estate and that an Ebay Auction will achieve the highest sale price.

15. Accordingly, the Trustee seeks authority to sell the Estate's right, title and interest in the Watch and Ring by listing it on Ebay Auction.

16. Upon completion of the auction, a report will be filed summarizing the results of the auction and stating the total fee to be paid to the Auctioneer in accordance with the Order approving this Motion. The report shall be served on all interested parties. The fees will be paid without the necessity of further notice or hearing unless any party in interest files an objection within ten (10) days from the date of filing of the report.

17. The Trustee will serve copies of the Order granting this Motion as required by Rules 6004 and 2002(a)(2) of the Federal Rules of Bankruptcy Procedure, and Local Rules 6005-1(E) and 9013-1(D)(2).

18. If an objection to this motion is filed within 21 days after the date of service stated in this motion, the Trustee requests that the Court grant an accelerated hearing within 10 days, to allow for the lien to be paid to the lien holder as soon as possible to avoid an unnecessary increase in the payoff amount.

19. A proposed Order granting the requested relief accompanies this Motion.

WHEREFORE, Kenneth Welt, as Chapter 7 Trustee of the Bankruptcy Estate of Thomas E. Conlan, respectfully requests this Honorable Court enter an Order (1) granting the instant

Motion, (2) authorizing the Trustee to sell the Watch and Ring on the terms and conditions set forth herein; and (3) granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for the Trustee
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581
Email:  lpecan@msglaw.com

By:   /s/ Lawrence E. Pecan
       LAWRENCE E. PECAN
       Florida Bar No. 99086

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE**

- Joe M. Grant — jgrant@marshallgrant.com, efile@marshallgrant.com
- Jay M. Gamberg — Lberstein@gamberglaw.com
- Office of the US Trustee — USTPRegion21.MM.ECF@usdoj.gov
- Joel L. Tabas — jtabas@tabasfreedman.com, janet@tabasfreedman.com, francis@tabasfreedman.com, kborrego@tabasfreedam.com
- Kenneth A. Welt — court@trusteeservices.biz, fl10@ecfcbis.com
  Atlas Acquisitions — bk@atlasacq.com

**SERVED VIA US MAIL**

Thomas E. Conlan
3030 NE 41st Street
Fort Lauderdale, Florida 33308