

**ORDERED in the Southern District of Florida on October 16, 2013.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In re:

THOMAS E. CONLAN                              Case No. 13-15226-RBR

                                              Chapter 7

      Debtor.
_____/

**ORDER GRANTING TRUSTEE'S EX PARTE MOTION TO EMPLOY DMS, INC. AS AUCTIONEER AND FOR AUTHORITY TO PAY AUCTIONEER**

THIS CAUSE having come before the Court upon Trustee, Kenneth Welt's Ex Parte Motion to Employ DMS, Inc. as Auctioneer; and for Authority to Pay Auctioneer (the "Motion"), and the Court, having reviewed the Motion and having determined that the relief requested in the Motion is in the best interests of the Estate, having determined that no hearing is necessary, and based on the record, it is

ORDERED and ADJUDGED that:

1.      The Motion is granted.

2. The Trustee is authorized to employ DMS, Inc. as auctioneer.

3. The Trustee is further authorized to pay DMS, Inc. the sum of $250.00, plus 10% of the gross proceeds from the sale of the Watch and Ring, and any additional reasonable expenses incurred to preserve the value of the Watch and Ring, at such time as funds become available in this Estate, without further Order of the Court.

###

Submitted by:
Lawrence E. Pecan, Esq.
Marshall Socarras Grant, P.L.
197 S. Federal Highway
Suite 300
Boca Raton, FL 33432
Telephone: (561) 361-1000
lpecan@msglaw.com
efile@msglaw.com

Attorney Pecan is directed to serve copies of this Order on all interested parties and file a certificate therof.