

**4700 SW 51 Street, Suite 208**
**Plantation, Fl 33314**

February 15, 2014

Kenneth A. Welt, Trustee
1776 N. Pine Island Road
Suite 102
Plantation, Fl 33322

    Re:    Thomas E. Conlan
            Case No: 13-15226 RBR
            Asset: Rolex Oyster Perpetual Watch
            Asset No: 164

Dear Mr. Welt,

    We would like to thank you for choosing DMS, Inc. to conduct your online auction of the above referenced asset. Enclosed, please find the auction report, accounting summary, expense report and a check for the gross proceeds.

    Our summaries should answer any questions you may have, however, if you need any additional information, please do not hesitate to contact us.

Sincerely,

Gerardo Fuentes
Operations Manager



# REPORT OF SALE

Enclosed, please find total gross proceeds from the sale of the above referenced asset sold on February 15, 2014 in the amount of $ 5,600.00.

During the seven (7) day auction, we had 1734 visits to our listing and a total of 8 bids. This asset was put through auction twice, never meeting reserve. Best offer was presented and accepted by Trustee.

The asset was sold to:

<u>Isaac Zafarani</u>



## ACCOUNTING SUMMARY

GROSS AUCTION AMOUNT ……………………………………………….   $  5,600.00

OUT POCKET EXPENSES       ………………………………………………  <$     250.00>

COMMISSION (10% of gross proceeds) ……………………………   <$     560.00>

**NET PROCEEDS** ………………………………………………………….   **$  4,790.00**

Hi, Carina!    Daily Deals    Sell    Customer Support    Shop Valentine's gifts ▸                My eBay                Cart

 **ebay**    Shop by category    Search...                All Categories ▾    Search    Advanced

Back to item description

## Bid history

Tell us what you think

Item number: 360807464954

ROLEX OYSTER PERPETUAL DATE SUBMARINER US BANKRUPTCY COURT AUCTION

Current bid: **US $4,950.00**

Reserve not met

Bidders: 4    Bids: 8    Time Ended: Dec-11-13 11:15:42 PST    Duration: 7 days

Unfortunately, your item did not sell. (To list this item again, click the "Relist" button).

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

**Show automatic bids**

| Bidder (show email addresses) | Bid Amount | Bid Time | Location* | Shipment Status | Action |
|---|---|---|---|---|---|
| greateasternbuyer ( 20 ☆ ) | US $4,950.00 | Dec-11-13 11:15:38 PST | 07458-1804 | -- | Send second chance offer |
| aavikk2010 ( 393 ☆ ) | US $4,900.00 | Dec-10-13 11:30:09 PST | 02445-6831 | -- | Send second chance offer |
| bob.hull ( 9924 ☆ ) | US $4,888.88 | Dec-05-13 07:36:32 PST | 23452-7249 | -- | Send second chance offer |
| aavikk2010 ( 393 ☆ ) | US $4,500.00 | Dec-04-13 17:34:39 PST | 02445-6831 | -- | Send second chance offer |
| bob.hull ( 9924 ☆ ) | US $4,500.00 | Dec-05-13 07:36:10 PST | 23452-7249 | -- | Send second chance offer |
| bob.hull ( 9924 ☆ ) | US $4,000.00 | Dec-04-13 13:39:50 PST | 23452-7249 | -- | Send second chance offer |
| aavikk2010 ( 393 ☆ ) | US $3,900.00 | Dec-04-13 11:45:54 PST | 02445-6831 | -- | Send second chance offer |
| trescorazon ( 104 ☆ ) | US $3,000.00 | Dec-04-13 11:33:44 PST | 90014-3610 | -- | Send second chance offer |
| Starting Price | US $999.00 | Dec-04-13 11:15:42 PST | | | |

If two bidders placed the same bid amount, the earlier bid takes priority. See how to cancel bids.

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time
Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies

http://offer.ebay.com/ws/eBayISAPI.dll?ViewBids&item=360807464954&ssPageName=S...    1/30/2014

**DMS INC.**
4700 SW 51ST STREET BAY 208
DAVIE, FL 33314-5521

1257

PAY TO THE ORDER OF: Kenneth A. Welt, Trustee for Thomas Conlan    $5,600.00

DATE 2/15/2014

63-9413/2670 41753

Five thousand six hundred dollars & 00/100 DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR 13-15226 Colon

⑆001257⑆ ⑉267084⑉31⑈



*Winners of 10 De Beers Diamond Design Awards • Recipients of 4 World Gold Council Design Awards*

April 3, 2013

Kenneth Welt Trustee

We have, on this day, inspected and appraised the following articles(s) of jewelry for the above named for insurance purposes.

1) <u>Gentleman's Timepiece</u>

This gentleman's eighteen-karat and stainless-steel Rolex® Oyster Perpetual Date® Submariner® wristwatch has an automatic movement, stainless steel case with synthetic sapphire crystal, stainless and eighteen karat yellow gold Oyster® bracelet with deployant clasp, flip-lock safety and an aftermarket eighteen-karat yellow gold unidirectional rotating bezel. The dial is champagne Serti with diamond markers at the 1, 2, 4, 5, 7, 8 10 and 11 o'clock positions, sapphire markers at the 6, 9 and 12 o'clock positions and a magnifying date window at the 3 o'clock position. The case number is "*T91653*" indicating that it was manufactured in 1996. The model number on the case is "*16613*".



Replacement Value ............. $14,800.00

157 NORTH NOB HILL ROAD • PLANTATION, FLORIDA 33324 • TEL: (954) 424-2120 • FAX: (954) 424-2140
MATTHEWSJEWELERS.COM