

4700 SW 51 Street, Suite 208
Plantation, Fl 33314

February 15, 2014

Kenneth A. Welt, Trustee
1776 N. Pine Island Road
Suite 102
Plantation, Fl 33322

    Re:  Thomas E. Conlan
          Case No: 13-15226 RBR
          Asset: Gentlemen's Diamond Ring
          Asset No: 165

Dear Mr. Welt,

    We would like to thank you for choosing DMS, Inc. to conduct your online auction of the above referenced asset. Enclosed, please find the auction report, accounting summary, expense report and a check for the gross proceeds.

    Our summaries should answer any questions you may have, however, if you need any additional information, please do not hesitate to contact us.

Sincerely,

Gerardo Fuentes
Operations Manager



# REPORT OF SALE

Enclosed, please find total gross proceeds from the sale of the above referenced asset sold on February 15, 2014 in the amount of $ 350.00.

During the seven (7) day auction, we had 403 visits to our listing and a total of 28 bids. This asset was put through auction twice, never meeting reserve. Best offer was presented and accepted by Trustee.

The asset was sold to:

<u>Odalys Batista</u>



## ACCOUNTING SUMMARY

GROSS AUCTION AMOUNT ..................................................... $ 350.00

OUT POCKET EXPENSES    ...............(reduced).................... <$   50.00>

COMMISSION (10% of gross proceeds) ................................. <$  waived>

**NET PROCEEDS** ............................................................................ $  300.00



DMS INC.
4700 SW 51ST STREET BAY 208
DAVIE, FL 33314-5521

1258
63-8413/2670   41753

PAY TO THE ORDER OF: Kenneth Welt, Trustee for Thomas Golan   $ 350.00

Three hundred fifty dollars & 00/100 DOLLARS

DATE 2/15/14

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR 13150036 Ring

2/15/2014

eBay.com Item Bid History

Hi, Carmal ▾    Daily Deals    Sell    Customer Support    My eBay

ebay    Shop by category    All Categories ▾

Back to item description

## Bid history



Item number: 360855011591

GENTLEMAN'S DIAMOND RING US BANKRUPTCY COURT AUCTION WITH RECENT APPRAISAL

US $177.50

Reserve not met

| | | | | |
|---|---|---|---|---|
| 6 | 28 | Feb-15-14 07:01:17 PST | 7 days | |

Unfortunately, your item did not sell. (To list this item again, click the "Relist" button).

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

Show auto

| Bidder (show email addresses) | Bid Amount | Bid Time | Location | Shipment Status | Action |
|---|---|---|---|---|---|
| imonsoring ( 77 ★ ) | US $177.50 | Feb-15-14 07:01:17 PST | 95127-2205 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $177.50 | Feb-15-14 07:01:15 PST | 95127-2205 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $177.50 | Feb-15-14 07:01:13 PST | 95127-2205 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $177.50 | Feb-15-14 07:01:12 PST | 95127-2205 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $177.50 | Feb-15-14 07:01:10 PST | 95127-2205 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $177.50 | Feb-15-14 07:00:58 PST | 95127-2205 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $177.50 | Feb-15-14 07:00:47 PST | 95127-2205 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $177.50 | Feb-14-14 17:09:46 PST | 95127-2205 | -- | Send second chance offer |
| miyal_miyat ( 6 ) | US $175.00 | Feb-14-14 21:09:45 PST | 33486 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $165.00 | Feb-14-14 17:09:15 PST | 95127-2205 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $162.50 | Feb-14-14 17:08:18 PST | 95127-2205 | -- | Send second chance offer |
| fredericks09 ( 498 ★ ) | US $160.00 | Feb-14-14 11:06:07 PST | 06437-1223 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $160.00 | Feb-14-14 17:08:14 PST | 95127-2205 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $155.00 | Feb-14-14 17:07:53 PST | 95127-2205 | -- | Send second chance offer |
| imonsoring ( 77 ★ ) | US $150.00 | Feb-14-14 17:07:35 PST | 95127-2205 | -- | Send second chance offer |
| wrtburn1 ( 66 ★ ) | US $141.00 | Feb-14-14 07:20:18 PST | 22980-7319 | -- | Send second chance offer |
| sundaysonly8 ( 925 ★ ) | US $140.00 | Feb-14-14 07:14:55 PST | 36693-4426 | -- | Send second chance offer |
| wrtburn1 ( 66 ★ ) | US $136.00 | Feb-14-14 07:20:16 PST | 22980-7319 | -- | Send second chance offer |
| wrtburn1 ( 66 ★ ) | US $131.00 | Feb-14-14 05:51:27 PST | 22980-7319 | -- | Send second chance offer |
| fredericks09 ( 498 ★ ) | US $130.00 | Feb-14-14 05:33:33 PST | 06437-1223 | -- | Send second chance offer |
| wrtburn1 ( 66 ★ ) | US $126.00 | Feb-14-14 05:51:24 PST | 22980-7319 | -- | Send second chance offer |

eBay.com Item Bid History

| Bidder | Bid Amount | Bid Time | | |
|---|---|---|---|---|
| wrthumi1 ( 66 ☆ ) | US $121.00 | Feb-13-14 11:23:03 PST | 22980-7319 | -- Send second cha offer |
| sundaysonly8 ( 925 ☆ ) | US $120.00 | Feb-12-14 15:12:46 PST | 36693-4426 | -- Send second cha offer |
| wrthumi1 ( 66 ☆ ) | US $116.00 | Feb-13-14 11:23:00 PST | 22980-7319 | -- Send second cha offer |
| wrthumi1 ( 66 ☆ ) | US $111.00 | Feb-10-14 03:19:34 PST | 22980-7319 | -- Send second cha offer |
| sgtmodi268 ( 3 ) | US $110.00 | Feb-09-14 16:11:57 PST | 33178-3127 | -- Send second cha offer |
| wrthumi1 ( 66 ☆ ) | US $100.00 | Feb-08-14 14:37:44 PST | 22980-7319 | -- Send second cha offer |
| imsnoring ( 77 ☆ ) | US $99.00 | Feb-08-14 13:07:46 PST | 95127-2205 | -- Send second cha offer |
| Starting Price | US $99.00 | Feb-08-14 07:01:17 PST | | |

If two bidders placed the same bid amount, the earlier bid takes priority. See how to cancel bids.

Copyright © 1995-2014 eBay Inc. All Rights Reserved.



# Matthew's Jewelers

*Winners of 10 De Beers Diamond Design Awards • Recipients of 4 World Gold Council Design Awards*

April 3, 2013

Kenneth Welt Trustee

We have, on this day, inspected and appraised the following articles(s) of jewelry for the above named for insurance purposes.

2) <u>Gentleman's Diamond Ring</u>

This gentleman's fourteen-karat yellow gold ring contains five (5) round brilliant-cut diamonds that are channel-set. These round brilliant-cut diamonds average 3.25 mm in diameter and weigh a total of approximately 0.63 carats. These diamonds are VS in clarity and G-H-I (near colorless) in color. This ring is 5.5 mm in width at the top tapering to 5.2 mm at the back of the shank, weighs 4.8 dwt and is stamped "*14K * S*" on the inside of the shank.




Replacement Value ............. $2,900.00

Richard M. Loebl          Roger Patterson

157 NORTH NOB HILL ROAD • PLANTATION, FLORIDA 33324 • TEL: (954) 424-2120 • FAX: (954) 424-2140
MATTHEWSJEWELERS.COM